# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 23-CR-3032-LTS-KEM |
| vs. | **REPORT AND RECOMMENDATION** |
| BRADLEY WINTERS, | |
| Defendant. | |

Defendant filed another motion to suppress (Doc. 247), seeking to suppress audio recordings from July 1 and July 12, 2023. During an unrelated hearing on December 30, 2024 (Doc. 249), Defendant explained that this newest motion to suppress involves the same audio recordings that were the subject of his prior suppression motion (Doc. 181), which I recommended denying (Doc. 224). As discussed in the Report and Recommendation, the deadline for pretrial motions has passed.

The court recommends **DENYING** Defendant's most recent motion to suppress (Doc. 247) as untimely.

Objections to this Report and Recommendation, in accordance with 28 U.S.C. § 636(b)(1), Federal Rule of Criminal Procedure 59(b), and Local Criminal Rule 59, must be filed within fourteen days of the service of a copy of this Report and Recommendation; any response to the objections must be filed within seven days after service of the objections. A party asserting such objections must arrange promptly for the transcription of all portions of the record that the district court judge will need to rule on the objections. Objections must specify the parts of the Report and Recommendation to which objections are made, as well as the parts of the record forming the basis for the objections. Failure to object to the Report and Recommendation waives the right to de

novo review by the district court of any portion of the Report and Recommendation, as well as the right to appeal from the findings of fact contained therein.

The Clerk of Court will mail a copy of this order to pro se Defendant.

**ENTERED** on December 31, 2024.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa