# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 23-CR-3032-LTS-KEM |
| vs. | **REPORT AND RECOMMENDATION** |
| BRADLEY WINTERS, | |
| Defendant. | |

Defendant Bradley Winters, proceeding pro se, moves to dismiss the indictment for lack of federal jurisdiction. Doc. 272. I recommend **denying t**he motion for the same reasons as stated in a prior order in this case. *See* Doc. 92.

Objections to this Report and Recommendation must be filed within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Objections must specify the parts of the Report and Recommendation to which objections are made, as well as the parts of the record forming the basis for the objections.[1] Failure to object to the Report and Recommendation waives the right to *de novo* review by the district court of any portion of the Report and Recommendation, as well as the right to appeal from the findings of fact contained therein.[2]

The Clerk of Court will provide Defendant a copy of this order.

**SO ORDERED** on January 13, 2025.

*Kelly K.E. Mahoney*
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa

---

[1] **Fed. R. Civ. P. 72**.

[2] *See United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009).