# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR23-3032-LTS-KEM |
| vs. | **ORDER** |
| BRADLEY WINTERS, | |
| Defendant. | |

This case is before me on a Report and Recommendation (R&R) in which the Honorable Kelly K.E. Mahoney, Chief United States Magistrate Judge, recommends that I deny defendant Bradley Winters' motion (Doc. 272) to dismiss due to lack of federal jurisdiction. Doc. 276. Winters, appearing pro se, has filed timely objections, again arguing that the federal government does not have jurisdiction over his case. Doc. 296. For the same reasons stated in many previous orders,[1] Winters' objections are **overruled.** *See* Doc. 92 at 3; Doc. 268 at 3-4; Doc. 284 at 3-4; Doc. 292. The Report and Recommendation (Doc. 276) is hereby **accepted** in its entirety and the motion (Doc. 272) to dismiss is **denied**.

**IT IS SO ORDERED** this 27th day of January, 2025.

_____
Leonard T. Strand
United States District Judge

---

[1] The detailed factual and procedural background can also be found in those orders.